

07-CR-05500-ORD

*FILED RECEIVED LODGED*
*DEC 21 2011*
*CLERK U.S. DISTRICT COURT*
*WESTERN DISTRICT OF WASHINGTON AT TACOMA*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN WARREN AMDAL,<br><br>Defendant. | No. CR07-05500-~~FDB~~ RJB<br><br>~~[PROPOSED]~~<br>ORDER ALLOWING WITHDRAWAL OF COUNSEL |

THIS MATTER, having come on before the undersigned Judge, upon application of defense counsel, John Henry Browne, of the Law Office of John Henry Browne, P.S., for permission to withdraw, and further requesting that the Court appoint appellate counsel, and the Court having considered said motion,

THE COURT HAVING FOUND that the defendant, Benjamin Warren Amdal, does not have funds for further representation and it eligible for a court appointed attorney,

IT IS HEREBY ORDRED THAT John Henry Browne is permitted to withdraw as counsel for the defendant, Benjamin Warren Amdal, and the Court further orders that CJA counsel for the defendant be appointed.

DATED this 21st day of December, 2011.

/s/ Robert J. Bryan
JUDGE

ORDER ALLOWING WITHDRAWAL
OF COUNSEL - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 S. WASHINGTON STREET
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

Presented by:

*s/ John Henry Browne*
JOHN HENRY BROWNE, WSBA #4677

ORDER ALLOWING WITHDRAWAL
OF COUNSEL - 2

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 S. WASHINGTON STREET
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780